CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
BRIAN J. KIM, ESQ.; STATE BAR NO.: 282538

**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: gsharaga@tharpe-howell.com
E-Mail: bkim@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC
erroneously sued and served as LOWE'S COMPANIES, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA BOCANEGRA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC., and DOES 1 TO 10,<br><br>　　　　　Defendants. | CASE NO.: 1:14-cv-01694-BAM<br><br>(Tulare County Superior Court Case No.: 257996)<br><br>**ORDER GRANTING STIPULATION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>**Hon. Morris C. England, Jr.**<br>**U.S. District Court Judge** |

　　　Based on the parties' Stipulation to Strike Portions of Plaintiff's Complaint, and the Court's finding that Plaintiff's count for Willful Failure to Warn is inapplicable to her Premises Liability Cause of Action, and good cause otherwise appearing, **IT IS HEREBY ORDERED** that the following be stricken from Plaintiff CYNTHIA BOCANEGRA's Complaint:

### PLAINTIFF'S FIRST CAUSE OF ACTION – PREMISES LIABILITY: COUNT TWO-WILLFUL FAILURE TO WARN

　　　"Count Two-Willful Failure to Warn [Civil Code section 846]. "The defendant owners who willfully or maliciously failed to guard or warn against a

- 1 -
**ORDER GRANTING STIPULATION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

Bocanegra v. Lowe's
Case No.:1:14-cv-01694-BAM

dangerous condition, use, structure, or activity were Lowe's Companies, Inc.," and Does 6 to 10." [Page 5, Prem. L-3].

    IT IS SO ORDERED.

Dated: January 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT