THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA BOCANEGRA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC., and DOES 1 TO 10,<br><br>　　　　　　Defendants. | CASE NO.: 1:14-cv-01694-MCE-BAM<br><br>(Tulare County Superior Court Case No.: 257996)<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (A)(1)** |

**IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Complaint of Plaintiff CYNTHIA BOCANEGRA is DISMISSED in its entirety, with prejudice. The Clerk of the Court is directed to close this action.

Dated: July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT